FILED
JUL 14 2022
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | Case No. 2:22-mj-155 |
| ) | |
| Ye WANG ) | |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of <u>July 14, 2022, in</u> the city of Norfolk, in the <u>Eastern District of Virginia,</u> the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 371 | Interstate and Foreign Travel |
| 18 U.S.C. §§ 1952(a)(3)(A) and 2 | Transportation in Aid of Racketeering Enterprise |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet. (Please see attached Affidavit)

Reviewed by AUSA/SAUSA:

__/s/__
*Megan M. Montoya*
*Assistant United States Attorney*

__/s/__
*Matthew Heck*
*Assistant United States Attorney*

_____
HSI SA John Robert Thomas
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: ___July 14, 2022___

_____
Judge's Signature

City and State: __Norfolk, Virginia__

Lawrence R. Leonard Magistrate Judge
*Printed name and title*