COURTROOM MINUTES OF CRIMINAL PROCEEDINGS
Norfolk/Newport News Division

# SENTENCING MINUTES

Set: 9:00 a.m.  
Started: 9:00 a.m.  
Ended: 10:15 a.m.

Date: December 1, 2023  
Judge: Arenda Wright Allen  
Court Reporter: Michelle Maar  
U.S. Attorney: Megan Montoya/Matthew Heck  
Defense Counsel: Brian Latuga  
Courtroom Deputy: Lorraine Howard  
Probation Officer: Stephanie Hollier  
Interpreter: Victor Chang

Case No. 2:22cr108-002  
Defendant: Ye Wang                           (X) in custody  ( ) on bond

_X_ Came on for disposition.   _X_ Defendant sworn.   _X_ Interpreter sworn

_X_ Court finds the defendant GUILTY as to Count _3_ after a plea before a USMJ.

_X_ Presentence Report reviewed.   ___ Objections heard and rulings made.

_X_ Court adopts PSR for the purpose of establishing the advisory guidelines.

___ Evidence presented. (Witnesses and exhibits listed on last page)

_X_ Arguments of counsel heard.  _X_ Statement of defendant heard.

# IMPRISONMENT:

SENTENCE: Count _3_: The defendant shall be committed to the custody of the BOP to be imprisoned for a total term of _37_ months.

_X_ The defendant is remanded to the custody of the U.S. Marshal.

___ The defendant shall surrender for service of the sentence at the institution designated by the BOP/U.S. Marshal before _____ on _____, as notified by the U.S. Marshal.

___ If defendant is unable to arrange transportation to the designated institution, the United States Marshal will arrange transportation for the defendant.

___ If the defendant is not notified by the United States Marshal of the institution designated, the defendant shall report to the United States Marshal at 600 Granby Street, Norfolk, VA, by _____ on _____ _____, to begin service of the sentence.

# PROBATION:

___ The defendant shall be placed on probation for a term of ___ years.

## SUPERVISED RELEASE:

  X   Upon release from imprisonment, the defendant shall be on supervised release for a term of _____3_____ years.

___   The Court will not impose a term of supervised release as it is not required by statute and the defendant is a deportable alien who likely will be deported after imprisonment.

## Standard Conditions of Supervised/Probation:

The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

While on supervised release, the defendant shall not commit another federal, state, or local crime.

While on supervised release, the defendant shall not illegally possess a controlled substance.

While on supervised release, the defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

___   The defendant shall refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of commencement on supervised release and at least two periodic drug test thereafter, as directed by the probation officer.

___   As reflected in the presentence report, the defendant presents a low risk of future substance abuse and therefore, the court hereby suspends the mandatory condition for substance abuse testing as defined by 18 USC 3563 (a)(5).  However, this does not preclude the U.S. Probation Office from administering drug tests as they deem appropriate.

___   It shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

## Special Conditions of Supervised Release/Probation:

  X   The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.

  X   The defendant shall provide the probation officer access to any requested financial information.

  X   The defendant shall not sell or offer to sell any item on the internet for another person or entity without the pre-approval and authorization from the court or probation officer.  This includes, but is not limited to, selling items on internet auction sites.

# FINANCIAL PENALTIES

## SPECIAL ASSESSMENT:

__X__ As to count __3__, the defendant shall pay a special assessment in the amount of __$100.00__.

____ As to count ____, the defendant shall pay a special assessment in the amount of ____.

____ As to count ____, the defendant shall pay a special assessment in the amount of ____.

____ As to count ____, the defendant shall pay a special assessment in the amount of ____.

The total special assessment due is __$100.00__ and shall be due in full immediately.

## FINE:
__X__ No fine imposed.
____ Court finds defendant is unable to pay fine.

____ The defendant shall pay a fine in the amount of $_____.

## RESTITUTION:

__X__ No restitution imposed.

____ The defendant shall make restitution in the amount of $_____.

____ Restitution Judgment Order, entered and filed in open court.

## SCHEDULE OF PAYMENTS:

____ Interest will not accrue if the special assessment/fine/restitution is paid in accordance with the schedule, or any modified schedule, set by this court.

__X__ The special assessment shall be due in full immediately.

____ At the time supervision commences, the probation officer shall take into consideration the defendant's economic status as it pertains to his ability to pay the special assessment ordered and shall notify the court of any change that may need to be made to the payment schedule.

____ Each restitution payment shall be divided proportionately among the payees named.

____ Restitution shall be made jointly and severally with _____

__X__ Any special assessment payments may be subject to penalties for default and delinquency.

__X__ Nothing in the Court's order shall prohibit the collection of any judgment by the United States.

  X    Since this judgment imposes a period of imprisonment, payment of Criminal Monetary penalties shall be due during the period of imprisonment.  All criminal monetary penalty payments are to be made to the Clerk, United States District Court, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program.

  X    The defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until the special assessment imposed by this judgment is fully paid.

____  The defendant notified of right of appeal.

  X    Court noted that defendant waived right of appeal in plea agreement.

  X    On motion of government, remaining counts dismissed.

____  The defendant is continued on present bond and cautioned re bail jumping.

  X    Court recommends incarceration at
         X    a facility as close to the state of Pennsylvania as possible.
        ____ a facility with a Residential Drug Abuse Program (RDAP) when and if defendant qualifies.
        ____ a facility with vocational and educational opportunities
        ____ a facility that will provide a mental health evaluation, diagnosis and treatment as needed.
        ____ a facility that will provide anger management treatment.

  X    Consent Order of Forfeiture entered and filed on March 3, 2023.

Additional Counts/Comments:

_____

_____

_____

_____

_____

_____